ACCEPTED
12-14-00095-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/21/2015 9:06:50 AM
CATHY LUSK
CLERK

# ALBERT J. CHARANZA, JR.
## CHARANZA LAW OFFICE, P.C.
412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568     FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/21/2015 9:06:50 AM

CATHY S. LUSK
Clerk

May 21, 2015

Michael Langley, TDCJ # 01923778
Stevenson Unit
1525 FM 766
Cuero, Texas 77954

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
#7012 2210 0001 8762 2616

Re:     Cause No.12-14-00095-CR
        Trial Court No. 2013-0096

Dear Michael:

Enclosed is a copy of the Opinion received from the Twelfth Court of Appeals wherein the judgment of the trial court was affirmed.

I will be withdrawing as your appellate attorney.  Under Rule 68, Texas Rules of Appellate Procedure, you may file a Petition for Discretionary Review with the Texas Court of Criminal Appeals within thirty days of the court's decision or June 19, 2015.  The Texas Court of Criminal Appeals is the highest court in Texas.  The court reviews whether **legal** errors occurred in your case.  You would need to submit written issues or questions to the court for review.

If you decide to file a pro se Petition for Discretionary Review, you must file your petition on or before June 19, 2015, with the Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.

The Petition for Discretionary Review should be accordance with Rules 66-68 of the Texas Rules of Appellate Procedure.  You may want to consult with someone in the law library to assist you in preparing a Petition for Discretionary review if you chose to file a petition.  I am sending the Court of Appeals opinion to you as required under Rule 48.4 of the Texas Rules of Appellate Procedure.

Sincerely,

Albert J. Charanza, Jr.

CC:     Cathy S. Lusk, Clerk
        Twelfth Court of Appeals
        1517 West Front Street, Suite 354
        Tyler, Texas 75702

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .69 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.69 |

Postmark Here

Sent To
Michael Langley #01923778
Street, Apt. No.; or PO Box No.
1525 Fm 766
City, State, ZIP+4
Cuero TX 77954

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired..
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Langley #01923778
Stevenson unit
1525 FM 766
Cuero, Texas 77954

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
7012 2210 0001 8762 2616

PS Form 3811, July 2013        Domestic Return Receipt